**SO ORDERED.**

**SIGNED this 14 day of January, 2010.**

                                                            **J. Rich Leonard**
                                                            **United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

MARION LOIS JONES,                                              CASE NO. 08-04074-8-JRL

    DEBTOR.

O R D E R

This action is before the court on the motion of counsel for the debtor to seal her answers to interrogatories served on her by her trustee and answered in lieu of her appearance at the § 341 meeting. At the time her meeting was scheduled, the debtor was incarcerated and unable to attend. The motion is denied as unnecessary.

Although this court has routinely filed answers to interrogatories submitted in lieu of attendance at the § 341 meeting, no substantive rule requires their filing. The answers to interrogatories supplant the customary examination under oath, and the record of that meeting is retained by the Bankruptcy Administrator and available only through her. B. R. 2003(c). That testimony does not become part of the official record of the case unless relevant to a subsequent matter and introduced for a specific purpose. Outside this context, answers to interrogatories are no longer filed with the court unless they are used in the proceeding. B. R. 7005(d)(1).

Accordingly, the debtor may satisfy her obligation to complete her § 341 meeting by supplying verified answers to the interrogatories to the Bankruptcy Administrator and her trustee. Her attorney may file a notice of transmission of the answers in accordance with this order to make it clear from the public record that the § 341 examination has occurred.

**END OF DOCUMENT**